**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Number:      1:20-cv-1650

MILE HIGH SPIRITS, LLC, a Colorado
limited liability company,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.

_____

**COMPLAINT**
_____

COME NOW Plaintiff, Mile High Spirits, LLC, by and through its attorneys, Larry D. Harvey, P.C., and for its Complaint in this action, alleges as follows:

**PARTIES**

1.    The plaintiff is Mile High Spirits, LLC, and maintains a business address at 2201 Lawrence St. Denver, Colorado 80205.

2.    Defendant is the United States of America.

**JURISDICTION**

3.    Jurisdiction is conferred upon the Court by 28 U.S.C. § 1346(a)(1) of the United States Code.

**PRELIMINARY STATEMENT**

4.    Mile High Spirits, LLC ("Mile High") owns and operates a distillery located in Denver, Colorado that distills and produces approximately seven types of spirits. Mile High also operates a tasting room open to the public.

1

5. On two occasions, October 23, 2014 and April 27, 2015, Mile High imported tequila in bulk containers from Jalisco, Mexico, entering the United States through customs via the Laredo, TX port (#2304)

6. Mile High hired J.O. Alvarez, Inc. ("Alvarez") to manage the process. Alvarez required Mile High to prepay the federal excise tax on the shipments. The first shipment of tequila was shipped on October 23, 2014, Entry #918-4752936-8, ACE Ref. # 4137190 ("October 2014 Shipment"). Via wire transfer, Mile High paid $16,269.70 to Alvarez. The second shipment of tequila was shipped on April 27, 2015, Entry #918-4775454-5, ACE Ref. # 5115787 ("April 2015 Shipment"). Mile High paid to Alvarez $27,437.71 via check #3846.

7. Following receipt of the shipments, all of the tequila imported from Mexico was placed in Mile High's bulk spirits storage account and, once bottled, transferred to Mile High's processing account. Once bottled and shipped, Mile High paid the excise tax again in the total amount of $43,707.41.

8. Mile High requests a refund in the amount of $43,707.41 for the overpayment of federal excise tax. Despite demand, the United States has failed to refund such tax.

**COUNT I**
**(2014)**

9. Plaintiff hereby incorporates paragraphs 1 through 8 above as though more fully set forth herein.

10. With regard to the October 2014 Shipment, Plaintiff paid to the United States the total amount of $32,539.40, for federal excise tax. This was a double payment as the amount owed was $16,260.70 for this transaction.

11. Plaintiff filed with the Service center for the Internal Revenue Service, Ogden, Utah, a Claim for Refund and Request for Abatement on Marcy 29, 2016. A true copy of said Claim for Refund is attached hereto as **Exhibit 1**.

12. As grounds for recovery, Plaintiff incorporates herein by reference, the averments contained in its Claim for Refund for the tax year 2014.

13. Said claim has not been allowed or disallowed by the United States.

14. Plaintiff has overpaid its federal excise tax and is entitled to recover from the Internal Revenue Service a refund of the overpayment, plus interest.

## COUNT I
### (2015)

15. Plaintiff hereby incorporates paragraphs 1 through 14 above as though more fully set forth herein.

16. With regard to the April 2015 Shipment, Plaintiff paid to the United States the total amount of $54,875.42, for federal excise tax. This was a double payment as the amount owed was $27,437.71 for this transaction.

17. Plaintiff filed with the Service center for the Internal Revenue Service, Ogden, Utah, a Claim for Refund and Request for Abatement on Marcy 29, 2016. *See* **Exhibit 1**.

19. As grounds for recovery, Plaintiff incorporates herein by reference, the averments contained in its Claim for Refund for the tax year 2015.

20. Said claim has not been allowed or disallowed by the United States.

21. Plaintiff has overpaid its federal excise tax and is entitled to recover from the Internal Revenue Service a refund of the overpayment, plus interest.

## REQUEST FOR RELIEF

Plaintiff requests that this Court determine that the federal excise tax was overpaid during the years 2014 and 2015 and refund Plaintiff in the amount of $43,707.41, plus interest.

## JURY REQUEST

Plaintiff requests trial by jury.

RESPECTFULLY SUBMITTED this 8th day of June, 2020.

*s/ Larry D. Harvey*
Larry D. Harvey, #10207
5290 DTC Parkway, Suite 150
Englewood, Colorado 80111
303-220-7810
303-850-7115 (facsimile)
Attorney for Plaintiff